**Order entered February 27, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00990-CV

**JEANNIE MCKELVY, Appellant**

**V.**

**COLUMBIA MEDICAL CENTER OF MCKINNEY SUBSIDIARY, L.P.
D/B/A MCKINNEY MEDICAL CENTER Appellee**

**On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-04187-2011**

## ORDER

We **GRANT** appellee's February 25, 2014 unopposed second motion for an extension of time to file a brief.  Appellee shall file its brief on or before **March 7, 2014**.

/s/    ADA BROWN
       JUSTICE